IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: HUASCAR J TAVAREZ DIAZ

Bkrtcy. No. 10-04392-BKT

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

DC Track No. 18

| Petition Filing Date: | May 22, 2010 | Meeting Date | Sep 02, 2010 |
|---|---|---|---|
| Days from petition date | 103 | Meeting Time | 1:00 PM |
| 910 Days before Petition | 11/24/2007 | ☐ Chapter 13 Plan Date | May 22, 2010 Dkt.# 3 ☐ Amended. |
| This is debtor(s) 1 | Bankruptcy petition. | Plan Base: | $12,900.00 |
| This is the 1 | Scheduled Meeting | Confirmation Hearing Date: | Oct 20, 2010  Time: 9:00 AM |

Payment(s) ☐ Received or ☐ Evidence shown at meeting:
Ck/MO No. | Date | Amount | Total Paid In: $645.00

### I. Appearances: ☐ Telephone ☐ Video Conference ☐ Creditor(s) present: ☒ None.
☒ Debtor Present ☒ ID & Soc. OK ☐ Debtor Absent
☐ Joint Debtor Present ☐ ID & Soc. OK ☐ Joint Debtor Absent
Debtor(s) was/were ☒ Examined ☐ Not Examined under oath.
Attorney for Debtor(s) ☒ Present ☐ Not Present
☐ Substitute attorney: J. Prieto ☐ Pro-se.

### II. Attorneys Fees as per R 2016(b) Statement    Attorney of record: JOSE PRIETO CARBALLO*
Total Agreed: $3,000.00   Paid Pre-Petition: $155.00   Outstanding: $2,845.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss: ☐ For Failure to appear; ☐ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting
Debtor(s) Income is (are) ☒ Under ☐ Above Median Income.   Liquidation Value: $50,708.00
Commitment Period is ☒ 36 ☐ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: _____
The Trustee ☐ RECOMMENDS ☒ OBJECTS Plan confirmation.
§341 Meeting ☐ CONTINUED ☐ NOT HELD ☒ CLOSED ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for: _____

### V. Trustee's OBJECTIONS to Confirmation:
☒ FEASIBILITY [§1325(a)(6)] ☐ INSUFFICIENTLY FUNDED ☐ To pay §507 ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Failure to comply with Tax returns requirements. [§1308]
☒ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

ADDITIONAL OBJECTIONS / COMMENTS:
(1) Must submit tax return 2006-2009 to Tedfa. Review @ hearing.
(2) Debtor must submit DSO obligation post petition payment, address and telephone number of recipient.

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 2

Date: Sep 02, 2010

**ADDITIONAL OBJECTIONS / COMMENTS:**

(3) Plan will be amended to eliminate value of collateral to REO, debtor intentions is to pay arrears through plan.

_Trustee / Presiding Officer_   Page 2 of 2   Date: Sep. 2, 2010